IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | | |
|---|---|---|
| PATRICK AMEZQUITA | ) | |
| | ) | Civil No. 10-912-MO |
|     Petitioner, | ) | |
| | ) | |
|   v. | ) | |
| | ) | |
| JEFFREY THOMAS, | ) | JUDGMENT |
| | ) | |
|     Respondent. | ) | |

MOSMAN, District Judge.

    Based on the Record,

    IT IS ORDERED AND ADJUDGED that this Action is DISMISSED with prejudice. Pending motions, if any, are DENIED AS MOOT.

    DATED this __3rd__ day of February, 2011.

                                   /s/ Michael W. Mosman
                                      Michael W. Mosman
                                      United States District Judge

1 - JUDGMENT